UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MELVIN MALDONADO-GUEVARA,<br><br>Defendant. | CASE NO.:  22CR00006-JLS<br><br>ORDER RE JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that defendant's Motion Hearing/Trial Setting be continued from February 11, 2022 to March 11, 2022 at 1:30 p.m. Time is excluded pursuant to 18 U.S.C. § 3161(h)(1)(D).

**IT IS SO ORDERED**.

Dated:  February 8, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge